```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YASHUA AMEN SHEKHEM EL BEY,  :  09 Civ. 3751 (SHS)

               Plaintiff,  :

   -against-  :  ORDER

PALISADES COLLECTION, LLC, *ET AL.*,  :

              Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On December 9, 2009, Magistrate Judge Kevin N. Fox issued an Order directing plaintiff to effect service of the summons and complaint in this action upon the defendants, and file proof of service on or before January 11, 2010. No proof of service was filed by that date. On January 20, 2010, Magistrate Judge Kevin N. Fox issued a Report and Recommendation recommending that this action be dismissed pursuant to Fed. R. Civ. P. 4(m) and 41(b). Objections to the Report and Recommendation were due on February 28, 2010. As of today, no objections have been received from plaintiff. Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Fox's Report and Recommendation is adopted and the Clerk of Court shall dismiss this case.

Dated: New York, New York
       April 23, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.